[This opinion has been published in *Ohio Official Reports* at 177 Ohio St.3d 85.]

THE STATE OF OHIO, APPELLANT, *v.* SIMS, APPELLEE.

[Cite as *State v. Sims*, 2024-Ohio-5175.]

*Court of appeals' judgment reversed and cause remanded for application of* State
v. Mays.

(No. 2024-0228—Submitted October 22, 2024—Decided October 31, 2024.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-230274, 2023-Ohio-4711.

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, and DETERS, JJ. DONNELLY, STEWART, and BRUNNER, JJ., dissented and would affirm the court of appeals' judgment for the reasons set forth in Justice Brunner's dissenting opinion in *Mays*.

{¶ 1} The judgment of the First District Court of Appeals is reversed, and the cause is remanded to that court for application of *State v. Mays*, 2024-Ohio-4616.

_____

Melissa A. Powers, Hamilton County Prosecuting Attorney, and Sean M. Donovan, Assistant Prosecuting Attorney, for appellant.

Derek W. Gustafson for appellee, Branden Sims.

_____